| CRIMINAL DOCKET U.S. District Court | | U.S. | (LAST, FIRST, MIDDLE) | | Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|

PO ☐
Misd. ☐
Felony ☒  District ☒   Off   Judge/Magistr

Assigned 270
-1127-2  -2798
2799

☐ J WEST
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD ☐

VS. ● •

MOORE, JAMES  a/k/a
"Buster"

12 | 08 | 93
° 27  No of
Def's US MAG
CASE NO ●

93-00310-14

## I. CHARGES

| US TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY HOLD |
|---|---|---|---|---|
| 21/846 | Conspiracy to distribute & possess w/intent to distribute Cocaine and Cocaine base, a Sch. II contr. substance. (Count One) | 1 | | ☒ |
| 21/853 | Criminal forfeiture. (Count Three) | 1 | ☒ | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE

KEY DATE
12-14-93
EARLIEST OF

☒ arrest
☐ sum'ns
☐ custody
☐ appears on complaint

KEY DATE
12-8-93
APPLICABLE

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

Indictment
☒ filed/unsealed
☐ consent to Mag
☐ trial on complaint
☐ Information
☐ Felony W/waiver

KEY DATE
12-14-93

a) ☒ 1st appears on pending charge ("R40")
b) ☐ Receive file R20/21
c) ☐ Supdg'd (1)nd'f (1)inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO

KEY DATE
5-16-94
APPLICABLE

☐ Dismissal
Filed
☐ Guilty ☐ After N.G.
☐ Nolo ☐ After nolo

☒ Trial (voir dire) began
☒ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 12-22-93 | 1st Trial Ended 6-8-94 | RE TRIAL | 2nd Trial Began | DISPOSITION DATE 6-8-94 | SENTENCE DATE 10-20-94 | PTD ☐ Nolle ☐ Pros | FINAL CHARGES DISMISSED ☐ on ST ☐ grounds ☐ W.P. ☐ WOP | ☐ on def motion ☐ on gov't ☐ motion |
|---|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| Search Warrant | Issued | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|---|
| | Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ | | ☐ DISMISSED HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons | Issued | | | | Date Held ▶ | | HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| | Served | | | | | | 91-R41 |
| Arrest Warrant Issued | | | | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |

Date of Arrest   OFFENSE (In Complaint)

01-R.WILLIAMS 02-W.WILLIAMS 03-C.MOORE 04-A.SMILEY 05-C.SMILEY 06-CHAPPLE 07-F.WILLIAMS 08-TOLES 09-CLAR. SMILEY 10-CALDWELL 11-MATTHEWS 12-HENRY

Show last names Add. number 13-P.WILLIAMS 14-J.MOORE 15-JODY MOORE 16-BRYANT 17-B.SANDERS 18-LEWIS 19-THRASH 20-LNU 21-M.SANDERS 22-E.WILLIAMS 23-BRADBERRY 24-MURPHY 25-HART 26-S.MATTHEWS 27-SCONIERS

RULE ☐  In ☐  Out ☐

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.

JAMES ELDON WILSON, U. S. ATTORNEY
Louis V. Franklin, Sr., Asst. U. S. Atty.

Defense: 1 ☐/CJA   2 ☒ Ret.   3 ☐ Waived   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

Raymond Johnson
312 Scott Street
Montgomery, Alabama 36104
Ph. 205/265-8731

Allen Stoner
516 S. Perry St.
Montgomery, AL 36104
(205) 262-1911  (withdraw per Order 10/28/94)

Susan G. James
600 South McDonough St.
Montgomery, AL 36104
334-269-3330 ph.
334-263-4888 Fax.
For $2255 motion

Lucie U. McLemore
P.O. Box 263
Montgomery, AL  36101   263-3051
263-3321-0107 (334) 262-0004  no longer in service 4/27/94
(Appt'd per Order of 10/28/94)
for appeal only (Appt'd by USCA 2/6/95)

BAIL & RELEASE

PRE-INDICTMENT

Release Date
Bail ☐ Denied
AMOUNT SET
$
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

POST-INDICTMENT

Release Date
Bail ☐ Denied
AMOUNT SET
$
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | ☒ Docket Entries Begin On Reverse Side | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|---|

V PROCEEDINGS

| | | |
|---|---|---|
| | 1 | **Government's** motion to unseal Indictment. Referred to Magistrate Judge Carroll. (See Cr. Misc. #321- SEALED.) |
| 12-8-93 | 1A | **Magistrate** Judge Carroll's ORDER UNSEALING Indictment. (Copy furn. USA,USPO,USM,USPTS.)(See Cr. Misc. #321-SEALED.) |
| 12-8-93 | 2 | INDICTMENT. |
| 12-8-93 | 16 | Warrant for arrest issued. |
| 12-8-93 | 30 | Government's ExParte motion.(SEALED) |
| 12-8-93 | 31 | Government's BRIEF in support of exparte motion. (SEALED) |
| 12-8-93 | 32 | ORDER (SEALED) |
| 12-9-93 | 33 | Government's ExParte motion. (SEALED) |
| 12-13-93 | 34 | ORDER (SEALED). |
| 12-14-93 | | INITIAL APPEARANCE before Magistrate Judge Carroll. |
| 12-14-93 | 41 | Defendant's financial affidavit. |
| 12-14-93 | 69 | CJA 20 ORDER appointing Hon. Raymond Johnson to represent the defendant at all proceedings. |
| 12-14-93 | 80 | Marshal's return on warrant for arrest, executed 12-14-93. |
| 12-15-93 | 98 | Magistrate Judge Carroll's ORDER setting **arraignment** for 12-22-93 at 9:00 a.m., 3rd floor courtroom, Federal Courthouse; setting a pre-trial conference immediately following arraignments. (Copies mailed counsel; furn. USA,USPO,USM,USPTS.) |
| 12-22-93 | | **ARRAIGNMENT**: Defendant appeared before Magistrate Judge Carroll and entered a plea of NOT GUILTY. Allowed 10 days to file motions, etc. and set for trial during the term of criminal court set for 2/14/94. |
| 12-22-93 | 126 | Magistrate Judge Carroll's ORDER ON **ARRAIGNMENT** allowing the defendant 10 days to file motions, etc.; allowing the Govt. 10 days thereafter to respond. (Copy mailed counsel; furn. USA.) |
| ** | | |
| 1-4-94 | 165 | Magistrate Judge Carroll's ORDER amending the original order of release in that defendant shall report to the supervising Pretrial Services Officer as directed. (Copy mailed counsel; furn. USA,USPO,USM.) |
| 1-5-94 | 182 | TRIAL NOTICE (2/14/94 at 10 a.m., crrrm.) |
| 1-28-94 | 240 | ORDER setting a status conference for 2/3/94 at 3:00 p.m.; directing all counsel to be present. (Copy mailed counsel; furn. USA,USPO.) |
| 2-4-94 | 271 | ORDER that each defendant is allowed until 2/8/94 to submit and file individual waivers of rights to speedy trial; that the Clerk is DIRECTED to notify counsel by telephone. (Copy mailed to counsel; furnished: USA, USM, USPO, USPTS). |

CONTINUED TO PAGE ___

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U S vs

AO 256A ●     MOORE, JAMES   aka "Buster"

NORTHERN D

93-00310
Yr   Docke

V EXCLUDAB
(a)      (b)

| DATE | PROCEEDINGS (continued) |
|------|--------------------------|
| | (Document No.) |
| | Page 2 |

| DATE | | PROCEEDINGS |
|------|-----|-------------|
| 2-7-94 | 278 | Defendant's waiver of rights under Speedy Trial Act. Referred to Judge Thompson. |
| 2-8-94 | 283 | ORDER that the oral motion for a continuance made in open court on 2/3/94, by counsel is hereby GRANTED; that the trial be and is continued to a special term commencing March 14, 1994 @ 10:00 a.m., at the Federal Courthouse in Montgomery, AL, before Judge Myron H. Thompson; that these defendants are allowed until February 15, 1994, to submit and file individual waivers of their rights to a speedy trial. (Copy mailed to all counsel; furnished to: USA, USM, USPO, USPTS, Marie, Tim, Brenda, Curtis). |
| 2-8-94 | 289 | Government's motion to sever.  Referred to Judge Thompson.  M/GRANTED 3/8/94. |
| 2-9-94 | 296 | Government's motion for reciprocal discovery. Referred to Magistrate Judge Carroll.  GRANTED 2/14/94 |
| 2-11-94 | 306 | Government's petition for writ of habeas corpus ad testificandum and ORDER (rendered 2-14-94) GRANTING same. RE:  Robert Toles. |
| 2-11-94 | 307 | Government's petition for writ of habeas corpus ad testificandum and ORDER (rendered 2-14-94) GRANTING same. RE:  Jeff Barnhill. |
| 2-14-94 | 311 | ORDER setting defendant Rosa Williams' 2/3/94 motion to bifurcate forfeiture proceedings for submission, without oral argument, on 2/21/94; DIRECTING the government and all other defendants to file briefs by said date.  (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, TW.) |
| 2-14-94 | 312 | ORDER denying, without prejudice, deft Ernest Williams' 2/8/94 motion to remove ceiling on attorney's fees for all defendants.  The Court will consider on a case-by-case basis, when each attorney files his or her request for fees, whether the CJA cap should be lifted.  (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, TW.) |

| DATE | PROCEEDINGS (continued) |
|------|---------------------------|
|      | (Document No.) |
| 2-14-94 | 313 **ORDER** setting the government's 2/8/94 motion to **sever**, defendant C. Smiley's 1/31/94 motion for **severance**, and defendant Hart's 2/3/94 <u>oral</u> motion for **severance** made in open court for submission, without oral argument, on 2/21/94, with all briefs due by said date. (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, TW.) |
| 2-14-94 | 314 Magistrate Judge Carroll's **ORDER** that, upon consideration of the government's 2/9/94 Motion for Reciprocal Discovery, the defendants shall permit the government, on or before 3/1/94, to inspect and copy or photograph documents, etc., further set out in order. (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, TW.) |
| 2-15-94 | 316 **Writ of Habeas Corpus Ad TESTIFICANDUM** issued for ROBERT TOLES' appearance on 3/14/94 at 9:00 a.m. (Furnished USM for service; cy to USA.) |
| 2-15-94 | 317 **Writ of Habeas Corpus Ad TESTIFICANDUM** issued for JEFF BARNHILL'S appearance on 3/14/94 at 9:00 a.m. (Furnished USM for service; cy to USA.) |
| 2-15-94 | 322 Government's re-issue of petition for writ of habeas corpus ad testificandum and ORDER (rendered 2-16-94) GRANTING same as to Robert Toles. |
| 2-15-94 | 323 Government's re-issue of petition for writ of habeas corpus ad testificandum and ORDER (rendered 2-16-94) GRANTING same as to Jeff Barnhill. |
| 2-16-94 | 324 Writ as to Robert Toles issued. |
| 2-16-94 | 325 Writ as to Jeff Barnhill issued. |
| ** 12-22-93 | 114 Magistrate Judge Carroll's **ORDER** directing government to provide defense counsel with all discovery required on or before 1-3-94 as further set out. (Copies mailed to counsel; furnished USA, USM, USPO, & USPTS.) |
| 2-17-94 | 332 Government's memorandum brief regarding motion to bifurcate forfeiture proceedings. Referred to Judge Thompson. |
| 3-2-94 | 378 **TRIAL NOTICE (3-14-94 at 10:00 a.m.)** |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. w

MOORE, JAMES

AO 256A ●

NORTHERN DIVISION

93-00310-14
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) 4 | V. EXCLUDABLE DELAY | | | |
|------|---------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 3-8-94 | 400 ORDER granting government's motion for severance filed on 2/8/94; that defendants will be divided into two groups for separate trials: (a) defendants Michael Sanders, Bridgett Chapple, Sylvia Matthews, Rosa Mae Smiley Williams, Chico Fernandez Moore, Claudell Smiley, Clennon Matthews, Richard Toles, Jody Moore, William Thrash and Delacy Caldwell; (b) defendants Willie Joe Williams, Arlutha Smiley, Francis Williams, Ray Henry, James Moore, J. W. Moore, Marvin Bryant, Jr., Bobby Sanders, Altoria Lewis, Ernest Williams, Juanita Hart, Willie Sconiers, J.D. Bradberry, Henry Murphy, FNU LNU and Clarence Smiley; that the oral motion for severance made by defendant Juanita Hart on 2/3/94 and the motion for severance filed by defendant Clarence Smiley on 1/31/94, be and they are hereby DENIED. EOD: 3/8/94. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | | | | |
| 3-8-94 | 401 ORDER granting the motion to bifurcate forfeiture proceedings; that counsel for the government and the defendants are DIRECTED to meet with each other to attempt to agree on procedures for the bifurcation. EOD: 3/8/94. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | | | | |
| 3-8-94 | 402 Defendant's motion to adopt and conform applicable motions of co-defendants. Referred to ~~Magistrate~~ Judge ~~Carroll~~. DeMent. denied in part/granted in part 3/25/94 | | | | |
| 3-8-94 | CASE RE-ASSIGNED TO JUDGE DEMENT. | | | | |
| 3-8-94 | 404 ORDER setting a status conference in chambers on 3/9/94 at 1:30 P.M. for the attorneys involved in the 3/14/94 trial only; further ORDERED that an original and one copy of any requested voir dire questions be filed with the clerk by the close of business on 3/10/94 and that an original and one copy of any requested jury instructions be filed by the close of business on 3/11/94. (Copies furnished to USA, PO, PTSO, USM; mailed to all counsel - all counsel for 3/14/94 trial advised of contents via telephone 3/8/94.) EOD 3/9/94 | | | | |
| 3-9-94 | 411 Government's requested jury instructions (Nos.1-7). Referred to Judge DeMent. | | | | |
| 3-10-94 | 412 Government's requested voir dire questions as to forfeiture count. Referred to Judge DeMent. | | | | |
| 3-10-94 | 413 Government's jury instructions on forfeiture. Referred to Judge DeMent. | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr. | Total
Code | Days

| DATE | PROCEEDINGS (continued) |
|------|--------------------------|
| | (Document No.) |
| 3-14-94 | 458 Received cert. copy of order appointing FPD, N/D Florida. |
| 3-14-94 | 485   Received cert. copy of financial affidavit from N/D Florida. |
| 3-14-94 | 486 Received cert. copy of order setting conditions of release from N/D Florida; defendant released on personal recognizance. |
| 3-15-94 | 500 **ORDER** continuing the jury selection and trial of the following defendants: Claudell Smiley, Jody Moore, William D. Thrash, Willie Joe Williams, Arlutha W. Smiley, Francis Williams, Clarence Smiley, Ray Henry, J. W. Moore, James Moore, Bobby Sanders, Altoria Lewis, FNU LNU, Ernest Williams, J. D. Bradberry; Henry L. Shug Murphy, Juanita Hart and Willie R. Sconiers to the **4/25/94 term of Court** at 10:00 a.m., Montgomery, AL. (18 USC 3161(h)(8)(A); that an original and one copy of any requested voir dire questions and proposed jury instructions are to be filed with the clerk on or before 4/18/94; setting a **status conference/consent docket** for **4/21/94 at 9:00**, first floor courtroom, Montgomery, AL; directing the Marshal to have all defendants present in court at said time; that all motions in limine, <u>fully briefed</u> are to be filed on or before 4/14/94. (Copies furnished to USA, PO, PTSO, USM, Curtis, Marie; mailed to counsel.) EOD 3/15/94 |
| 3-22-94 | 520 **TRIAL NOTICE,** Juror Profile Notice and Clothing Notice. (4/25/94 at 10:00 a.m., first floor courtroom, Montgomery, AL.) **Received 3/24/94** |
| 3-24-94 | 528 **ORDER** denying as moot defendant Michael Sander's motion in limine, motion to adopt and conform applicable motions of co-defendants and motion to adopt co-defendant' voir dire and jury charges; denying in part and granting in part, as further set out in order, defendant James Moore's motion to adopt and conform applicable motions of co-defendants, and defendant Arlutha Smiley's motion to adopt and conform applicable motions of co-defendants; denying in part and granting in part, as further set out in order, defendant Henry L. Murphy's motion in limine. (Copies furnished to USA, PTSO; mailed to remaining counsel.) |
| 4-20-94 | 557 Probation officer's petition for action on conditions of pretrial release. (Requesting that a warrant be issued.) Referred to to Magistrate Judge Carroll.) and Magistrate Judge Carroll's ORDER granting same on 4/21/94 (Copies furn. USA PO, PTSO, USM w/warratn. |
| 4-21-94 | 562 Warrant for arrest issued and delivered to Marshal. |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S vs*     MOORE, JAMES

AO 256A ●

Page 6

93-00310-1

Yr. | Docket

| DATE | PROCEEDINGS (continued) | V. EXCLUDABL |
|------|-------------------------|:---:|
| | (Document No.) | (a)    (b) |
| 4-21-94 | 484 Defendant's requested jury charges. Referred to Judge 566 DeMent. | |
| 4-21-94 | 969 Defendant's requested voir dire questions. Referred to 567 Judge DeMent. | |
| 4-21-94 | Status Conference held. | |
| 4-22-94 | 580 U. S. Marshal's return on warrant for arrest of defendant; executed 4/21/94. | |
| 4-25-94 | 582 **ORDER** that **jury selection and trial is continued** to the term of court commencing **May 16, 1994, @ 10 a.m.**, in first floor courtroom, of Frank M. Johnson, Jr., Federal Bdg. & U. S. Courthouse, Montgomery, AL; that all voir dire and proposed jury instructions are to be filed on or before 5/11/94; that all motions in limine, fully briefed, are to be filed on or before 5/9/94. (copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS, Clerk, Chief Deputy Clerk, Jury Clerk; Criminal Deputy). | |
| 4-26-94 | 585 Magistrate Judge Carroll's **ORDER** that the Order entered in this case setting conditions of release be REVOKED. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | |
| 5-2-94 | 586 **ORDER** that the Court inadvertently ommitted defendant Jody Moore in the style of the case in its 4/25/94 order; that the jury selection and trial of defendant Jody Moore is continued to the term of court commencing on 5/16/94 at 10:00 a.m., Montgomery, AL; that an original and one copy of any requested voir dire questions and proposed jury instructions are to be filed with the clerk on or before May 11, 1994; that all motions in limine, fully briefed, are to be filed on or before 5/9/94. (Copies furn. to USA, PO, PTSO, USM; mailed to counsel.) | |
| 5-2-94 | 592 **TRIAL NOTICE.** (5/16/94 at 10:00 a.m., Montgomery, AL.) | |
| 5-10-94 | 604 Attorney Raymond Johnson's **motion** to withdraw as counsel. Referred to Judge De Ment. **GRANTED 5/13/94.** Copies furn. to USA, PO, PTSO, USM; mailed to counsel. | |
| 5-13-94 | 620 Notice of appearance of Allen R. Stoner as counsel for defendant. referred to Judge DeMent. | |
| 5-16-94 | Jury selected & sworn; trial commenced. | |

| DATE | PROCEEDINGS |
|------|-------------|
| | (Document No.) |
| 5-16-94 | 624 Defendant's requested **jury charges** (Nos. 1-14). Referred to Judge DeMent. |
| 5-20-94 | 627 Government's **petition** for Writ of Habeas Corpus ad Testificandum (for testimony of Joey Baggett). Referred to Judge DeMent. |
| 5-20-94 | 626 Government's petition for order directing the U. S. Marshal to release custody of prisoners to Okaloosa County Sheriff's Department to transport to Montgomery for trial testimony. Referred to Judge DeMent. |
| 5-20-94 | 630 WHCAT issued to Chief, Andalusia Police Dept., and del. to USM for execution. (Copies furnished to: USA, USM, USPO, USPTS). |
| 5-20-94 | 632 **ORDER** that the U.S. Marshal release custody of Ricardo Enriquez, Luis Marbot and Angela Martinez to Deputy Johnny Smith of the Okaloosa County Sheriff's Department on 5-23-94 so that said deputy can transport such prisoners from Bay County, FL to Montgomery, AL to testify in this case. (Copies mailed to counsel, furnished: USA, USM, USPO, USPTS) |
| 5-20-94 | 637 CJA 20 approved by Judge Ira DeMent in the amount of $2,105.47 and submitted for payment, RE: Hon. Raymond Johnson. |
| 6-1-94 | 654 Government's **petition** for Order directing the U. S. Marshal to release custody of prisoner, Luis Marbot. Referred to Judge DeMent. |
| 6-1-94 | 655 **ORDER** that the U. S. Marshal release custody of Luis Marbot to Captain Jerry Newton and Investigator Tony Harrison, of the Andalusia Police Dept., on June 1, 1994, so that said agents can take prisoner into custody without the necessity of the presence of a deputy USM; that Captain Newton and Det. Harrison return said prisoner into the custody of the USM when they have finished with him. (Copies furnished to: USA, USM (certified).) |
| 6-3-94 | 658 WHCAT returned unexecuted as to Joey Baggett. |
| 6-6-94 | 663 Government's requested supplemental jury instructions. Referred to Judge DeMent. |
| 6-8-94 | 669 **JURY VERDICT** of guilty to Count 1 of the indictment. |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U.S. vs*

MOORE, JAMES a/k/a "Buster"

93-00310-14

| | | Yr. | Docket No. | Def. |

AO 256A ●

| DATE | PROCEEDINGS (continued)    𝟠 | V. EXCLUDABLE DELAY | | | |
|------|-------------------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |

6-8-94    679 **ORDER** remanding defendant to the custody of the U.S.
Marshal as required by 18 USC 3143 as amended. (Copies
furnished to USA, PO, PTSO, USM, defendant; mailed to
counsel.)

6-8-94    680 **ORDER** setting sentencing for 8/3/94 at 9 a.m., Montgomery,
AL; that any objections to the presentence report shall
be made in writing to the probation officer on or before
7/18/94; scheduling a meeting for the parties with the
probation officer for 7/19/94 at 10 a.m. (Copies
furnished to USA, PO, PTSO, USM, defendant; mailed to
counsel.)

6-8-94    685 Courtroom deputy's minutes of trial proceedings with
attached exhibit and witness lists. (5/16/94 :Mr.
Bell's oral objection to racial makeup of venire
panel - objection overruled; Rulings on all motions
and objections to stand for all defendants unless
they opt out; 5-18-94 All defendant's oral motion,
except J.W. Moore, for a severance - denied; said
motion orally renewed - denied; 5-20-94 James Moore
and Jody Moore's oral motion to be placed back on
bond - denied; appearance bond of Sylvia Matthews
ORDERED revoked & U.S. Marshal directed to take
Sylvia Matthews into custody; 5-23-94 Defendant
Thrash not present when Court opened - the Court
ordered his bond revoked and the Marshal was directed
to arrest defendant. (Revocation of bond & order
of arrest set aside at 9:57 when defendant appeared;
Defendant Francis Williams' oral motion in limine
- denied; 5-25-94 Attorney Bell's oral motion (on
behalf of all defendants) for dismissal of charges
based on the testimony of witness Tanner and prosecution
misconduct - denied; defendants' oral motion for
the court to instruct the jury to disregard the
testimony of Shirley Tanner; Defendant Hart's oral
motion to exclude interpreter - denied; 5-26-94
Jody Moore's oral motion for mistrial during testimony
of Louis Marbot - denied; 5-31-94 Attorney Ellis
advised the Court that his client was not present
due to her son being hospitalized but advised the
court that defendant was willing to waive her presence
and let the trial proceed against her in her absence.
The Court found that defendant's atempted waived
was not voluntarily made and upon defendant's counsel
oral motion granted a **mistrial** as to **Juanita Hart.**
Defendant Claudell Smiley's oral motion for a mistrial
(adopted by other defendants) - denied; J. W. Moore's
oral motion for a mistrial - denied; renewed and
denied; 6-2-94 Claudell Smiley's oral motion to
dismiss indictment or in the alternative for a mistrial
- denied; Claudell Smiley's oral motion for mistrial
on Court's comment on "conspiracy" - denied; Ray
Henry's oral motion for mistrial (joined in by other

| DATE | PROCEEDINGS (continued) |
|------|------|
| | (Document No.) |
| 6-8-94 | Courtroom deputy's minutes cont'd; defendants) - denied; Jody Moore's oral motion for a mistrial (Re: Govt Exhibit #164) - denied; Jody Moore's oral motion for a mistrial (Re: Co-counsel's remark of "killing" and "drug dealers" (Joined in by all defendants) - denied; Claudell Smiley's oral motion for mistrial Re: Caldwell interview -- ; 6-3-94 James Moore's oral motion for mistrial - denied; Jody Moore's oral motion for severance - denied; Ray Henry's oral motion for mistrial - overruled; Claudell Smiley's oral motion for mistrial - denied; 6-6-94 Jeff Duffey's oral motion (on behalf of all defendants) for judgment of acquittal combined with an oral motion to dismiss based on lack of venue - denied as to all but Willie Sconiers - Mr. Sconiers' oral motion for judgment of acquittal granted as to Count 1, denied as to Count 2; Jeff Duffey's oral motion for mistrial - denied; Defendants' all orally renew motions for judgment of acquittal at the conclusion of defendants' evidence - denied; Claudell Smiley's oral motion to dismiss conspiracy charge as being unconstitutional - denied; 6-7-94 William Thrash's oral motion for a mistrial (Re: Mr. Yazdtchi's closing argument) - denied; 6-8-94 Jury polled after returning verdicts and each juror concurred in the verdicts; Forfeiture proceedings as to defendant Claudell Smiley held. Jury informed the Court that they were deadlocked on the forfeiture issue and the Court ORDERED a mistrial as to the forfeiture count as to Claudell Smiley. Defendant's oral objection stated as to the Court declaring a mistrial on the forfeiture Count.) All weapons, drugs, and ammunition returned to the U.S. Attorney at the conclusion of the case for safekeeping - receipt for same on exhibit list. Remaining exhibits placed in 2nd floor exhibit room. |
| 6-9-94 | 686 Government's motion to substitute government exhibit number 141 for an identical exhibit of a smaller size. Referred to Judge DeMent. MOTION GRANTED 6/10/94. (Copies furnished to USA; mailed to counsel.) |
| 6-15-94 | 703 Defendant's motion for renewal of judgment of acquittal or in the alternative, motion for new trial. Referred to Judge DeMent. M/DENIED 6/20/94. (Copy mailed to counsel; furnished: USA, USM, USPO, USPTS). |
| 6-29-94 | 709 Government's motion to release accounts from protective order. Referred to Judge DeMent. GRANTED 10/31/94 |
| 7-5-94 | 712 ORDER that the defendants show cause, if any there be, no later than 7/18/94 why Government's motion to release accounts from protective order should not be granted. (Copies furnished to USA, PTSO, PO; mailed to counsel.) |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A ●

MOORE, JAMES a/k/a "Buster"

93    00310    14

Yr.  |  Docket No.  | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:----:|:----:|:----:|:----:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 7-13-94 | 725 **SENTENCING NOTICE.** (9:00 a.m., 8-3-94, 1st floor courtroom. Copies mailed to counsel, furnished: defendant, USA, USM, USPO) | | | | |
| 8-1-94 | 785 Government's amended motion to continue sentencing. Referred to Judge DeMent. **M/GRANTED 8/1/94 ORDER** | | | | |
| 8-2-94 | 787 **ORDER** that the sentencings of Bobby Sanders, Arlutha W. Smiley, Claudell Smiley, Bridgett Chapple, Francis Williams, Clarence Smiley, J. W. Moore, James Moore, aka Buster, Jody Moore and William D. Thrash, with the **exception** of Rosa Mae Williams presently set on August 1, 1994 and on August 3, 1994, are hereby **RESCHEDULED** for October 20, 1994 @ 9 a.m., in the first floor courtroom of The Frank M. Johnson, Jr., Federal Building & U. S. Courthouse, Montgomery, AL; that the hearing and sentencing of Rosa Mae Williams set for August 1, 1994, are hereby **RESCHEDULED** for October 19, 1994 @ 9 a.m., in the first floor courtroom, of The Frank M. Johnson, Jr., Federal Building and U. S. Courthouse, Montgomery, AL; that the U. S. Marshal's SErvice is **ORDERED** to have the defendants present as indicated above. (Copies mailed to all counsel for above-named defendants; furnished: USA, USM, USPO, USPTS, Marie & Ridge). | | | | |
| 8-26-94 | 829 **SENTENCING NOTICE.** (10/20/94 at 9:00 a.m., first floor courtroom, Montgomery, AL.) | | | | |
| 10-20-94 | Sentencing hearing before Judge DeMent.  Sentence imposed. | | | | |
| 10-20-94 | 883 **ORDER** that the presentence report in this cause be filed with the Clerk wherein it shall be placed under **SEAL**; that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court; that upon written application to the Clerk of this Court, counsel for the defendant and for the government may examine the presentence investigation report or obtain a copy thereof, provided that counsel agrees not to duplicate the report or disclose the contents thereof to any person other than to the members of their staffs who have a need to know such contents and to the defendant. (Copies furnished to USA, PO; mailed to counsel.) | | | | |
| 10-20-94 | 884 Presentence report.  **SEALED** and placed in the vault. | | | | |
| 10-20-94 | 885 Courtroom deputy's minutes of 10/20/94 sentencing hearing. | | | | |

Interval
(per Section II) | Start Date
End Date | Ltr.
Code | Total
Days

| DATE | PROCEEDINGS (continued) |
|------|------|
| | (Document No.) |
| 10-21-94 ** | 895 Exhibit list to 10/20-21/94 sentencings. (Govt. Exhibit S-2 and S-3 were admitted as to all defendants.) |
| 10-28-94 | 917 JUDGMENT on sentence imposed 10/20/94 committing defendant to the custody of the BOP for 292 months, to stand committed this date; recommending that the BOP designate a facility where the defendant can participate in drug counseling while incarcerated; placing defendant on supervised release for a period of 5 years upon release from imprisonment subject to the conditions as further set out; waiving the imposition of a fine because of the defendant's inability to pay; declining to enter an order of restitution as there is no identifiable victim; $50 assessment fee. (Copies furn. to USA, PO, PTSO, USM, defendant; mailed to counsel.) EOD 10/27/94 |
| 10-25-94 | 895d **Notice of Appeal** by James Moore to the U.S. Court of Appeals, Eleventh Circuit from the conviction & sentence imposed on 10/20/94. (Copies mailed to Allen Stoner, Esq.; with appeal information sheet & criminal docketing statement; Louis V. Frnaklin, Sr., AUSA; James Dickens, Court Reporter; & certified copy to USCA with copies of orders appealed from and docket entries.) |
| 10-25-94 | 921 Attorney Allen Stoner's **Request** to withdraw (with exhibits attached). Referred to Judge Ira De Ment. |
| 10-26-94 | 922 Defendant's **Motion** to proceed In Forma Pauperis (with Affidavit attached). Referred to Judge Ira De Ment. |
| 10-28-94 | 923 **ORDER** granting [922-1] motion to proceed on appeal In Forma Pauperis; granting [921-1] request to withdraw as court appointed counsel; that Attorney Lucie U. McLemore, Attorney at Law, P.O. Box 263, Montgomery, AL 36101; Telephone No. (205) 262-1192 be appointed to represent defendant James Moore on Appeal. (Copies mailed to Allen R. Stoner, Esq.; Lucie U. McLemore, Esq, defendant, USCA; furn: USA, USPO) |
| 10-31-94 | Notice of Appeal docketed & transmitted to USCA: Re:[895d-1] Appeal by James Moore. |
| 10-31-94 | 928 Government's motion to supplement sentencing record by submitting Government's exhibits S-6 and S-7. Referred to Judge DeMent. **MOTION GRANTED 11/3/94.** (Copies furn. to USA, PO; mailed to counsel.) |
| 10-31-94 | 929 **ORDER** granting Government's motion to release accounts from protective order. (Copies furn. to USA, PTSO; mailed to counsel.) |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

MOORE, JAMES a/k/a "Buster"

AO 256A ●

93-310-N(14)

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|---|---|---|---|---|
| | (Document No.) | /2 | (a) | (b) | (c) | (d) |
| 11-4-94 | USCA Case No. 94-7047; Re: [895d] appeal by James Moore. | | | | | |
| 12-16-94 | 949 U.S. Marshal's return on Judgment by delivering defendant to FCI Talladega on 12-1-94. | | | | | |
| 1-26-95 | 968 ORDER setting government's 1/12/95 letter, advising the court of alleged irregularities on behalf of the case agent, and defendant J.W. Moore's motion to dismiss, etc. based on said letter for hearing on 2/16/95 at 10:00 A.M., first floor courtroom, Montgomery, AL; all defendants through trial counsel, are invited to file such motions, if any, as they deem appropriate; DIRECTING each defendant who files a motion to file a brief therewith no later than 2/6/95; directing defendant J.W. Moore to likewise file a brief in support of his motion by that date; DIRECTING the United States to reply to said motions and briefs by 2/13/95; that failure to file said motions and briefs shall be deemed a waiver of any matter arising from said letter; DIRECTING each defendant to correspond with the court only through his or her attorney and not directly with the court. (Copies furnished to USA, PO, PTSO, USM, Marie; mailed to counsel and Defendant Bridgett Chapple.) | | | | | |
| 2 6 95 | 994 Defendant's adoption of motions and brief filed by Jody Moore and William Thrash: <br> 1: Joint Brief of Jody Moore and William Thrash. <br> 2. Joint motion for new trial and to hold said motion in abeyance pending further discovery and investigation. <br> 3. Joint motion to postpone evidentiary hearing and to conduct status conference instead. <br> 4. Joint Request for discovery. <br> Referred to Judge DeMent.   No. 2 M/DENIED 9/4/96 | | | | | |
| 2-7-95 | 1002 CJA 20 voucher appointing Hon. Lucie U. McLemore to represent defendant for post trial motion and hearing. (Nunc Pro Tunc Date of 1/26/95.) | | | | | |
| 2-8-95 | 1007 ORDER (1) Rescheduling the 2/16/95 hearing to 3/14/95, at 10:00 A.M., first floor courtroom, Montgomery, AL.; (2) that the U.S. Attorney subpoena and have present at said time every one with direct or indirect knowledge of the incidents alleged in the U.S. Attorney's 1/12/95 letter attached to J.W. Moore's motion to dismiss charges, etc., to include former Police Captain Newton; (3) that the U.S. Attorney shall reveal for inspection and copying any and all reports of investigation in its custody or under its control concerning the instant matter; (4) that each defendant shall | | | | | |

| DATE | PROCEEDINGS (continued) |
|------|--------------------------|
| | (Document No.) |
| 2-8-95 | ORDER CONTINUED:<br>file an addendum to his or her motion/brief on or before 2/27/95; and the U.S. shall file a reply on or before 3/6/95; (5) that the motions, as further set out, shall be heard at the hearing; (6) that the U.S. Marshal have all defendants present at the above time and place and; (7) that all other matters are reserved. (Copies furnished to USA, PO, PTSO, USM, Marie; mailed to counsel.) |
| 2-8-95 | Received copy of correspondence from USCA (dated 2/6/95) advising Attorney Lucie Underwood McLemore of her appointment to represent defendant James Moore on Appeal. |
| 2-22-95 | 1013 ORDER that the hearing set for 3/14/95 is hereby RESCHEDULED for March 15, 1995 @ 1:00 p.m., and to continue on March 16, 1995, if necessary, in the first-floor courtroom of The Frank M. Johnson, Jr., Federal Building & U. S. Courthouse, Montgomery, Alabama; that the U. S. Marshal have all of the named defendants present at hearing. (Copy mailed to all counsel; furnished to: USA, USM, USPO, USPTS, Ridge, Marie). |
| 2-23-95 | Received $50.00 felony assesment fee. (Receipt #54762) |
| 2-27-95 | 1024 SATISFACTION OF JUDGMENT. |
| 3-9-95 | 1036 Government's petition for Writ of Habeas Corpus ad Testificandum to Warden, Washington County Correctional Institute, Chipley, FL, for David Castor. Referred to Judge DeMent. ORDER entered directing Clerk to issue a WHCAT to Warden, Washington County Correctional Institute, Chipley, FL, commanding him to deliver David Castor to any U. S. Marshal and directing that said prisoner be brought before this court on 3/15/95 @ 1 p.m., in Montgomery, AL, and to return said prisoner to said official when the court shall have finished with him. (Copies furn.: to: USA, USM, USPO, USPTS & Ridge). |
| 3-10-95 | 1037 Writ of Habeas Corpus ad Testificandum issued to Warden, Washington County Correctional Institute for David Castor. (Copy furnished to USA, USM, USPO, USPTS). (Original Writ del. to USM for execution). |
| 3-14-95 | 1040 Government's response to defendants' motion for new trial; motions to dismiss and/or release defendants motion to vacate, set aside or correct conviction and/or sentence; and other post trial remedies. Referred to Judge DeMent. |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET \ *U. S. vs*

MOORE, JAMES a/k/a "Buster"

AO 256A ●

| DATE | PROCEEDINGS (continued) *14* | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 3-15-95 | Hearing commences on defendant's motion for a new trial before Judge DeMent. | | | | |
| 3-16-95 | Hearing resumes and concludes. | | | | |
| 3-16-95 | 1043 Courtroom Deputy's minutes of 3/15-16/95 hearing with witness and exhibit lists attached. (3-16-95 The Court will enter a briefing schedule for the parties as soon as the transcript is completed.) | | | | |
| 3-27-95 | 1047 Marshal's return on WHCAT; executed by taking custody of David Castor on 3-10-95 at Chipley, FL and delivering him to the Montgomery City Jail, then by taking custody of David Castor on 3-24-95 at the Montgomery City Jail and delivering him back to Washington County Correctional Facility at Chipley, FL. | | | | |
| 4-24-95 | Court Reporter's transcript of Jury Trial commencing: May 16,17,18,19,20, 1994 held before Hon. Ira De Ment. | | | | |
| 4-24-95 | Court Reporter's transcript of Jury Trial continued: May 24,25,26,31, 1994 & June 1, 1994 held before Hon. Ira De Ment. | | | | |
| 4-24-95 | Court Reporter's transcript of Jury Trial continued: June 2,3,6,7,8, 1994 held before Hon. Ira De Ment. | | | | |
| 4-24-95 | Court Reporter's transcript of Hearing on Pending Post-Trial/Conviction Motions held March 15-16, 1995 before Hon. Ira De Ment. | | | | |
| 4-25-95 | Transcripts on Pending Motions referred to Judge De Ment. | | | | |
| 4-27-95 | Mailed CJA-24 voucher to Attorney McLemore for signature by r/m. | | | | |
| 5-2-95 | 1059 **ORDER** construing defendant's oral request at the March 15 & 16, 1995 for a transcript of the hearing as a **motion** made pursuant to 18 USC § 3006A(e) for "services other than counsel" and **granting** same; that a briefing schedule will be entered as soon as all necessary transcripts are filed. (Copies furnished to USA, Marie, James R. Dickens; mailed to counsel.) | | | | |
| 5-2-95 | CJA 24 voucher: Re: 3/15-16/95 hearing; Jimmy Dickens. | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 5-3-95 | Mailed transcripts (2 volumes) to Attorney Lucie McLemore by CM/RRR. (transcripts of Pending Post-Trial Motins.) | | | | |
| 5-5-95 | Return receipt Card received for transcripts mailed to Attorney Lucie McLemore, delivery date of 5/4/95 with signature of Lucie McLemore. | | | | |
| 5-23-95 | 1065 CJA-24 voucher. (Re: James Dickens) | | | | |
| 6-20-95 | 1071 Govt motion for 1st final order of forfeiture & schedule & ancillary hearing. Ref. to Judge DeMent. | | | | |
| 6-23-95 | 1072 FIRST FINAL ORDER OF FORFEITURE. That the right, title and interest in the following property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law: Bank accounts with SouthTrust Bank of Covington County, numbers 03241513; 02062682 and Certificates of Deposit with SouthTrust Bank of Covington Company number 6839529; Contents of the safety deposit box at SouthTrust Bank of Covington County numbered 455; 1987 Pontiac Firebird, VIN: 1G2FW2189HL226867; directing the Clerk to send copies of this order to all counsel of record and the United States Marshal. (Copies furnished to USA, PO, PTSO, USM; mailed to all counsel.) | | | | |
| 6-29-95 | Court Reporter's transcript of Sentence Hearing held 10/20/94 before Hon. Ira DeMent. | | | | |
| 6-29-95 | 1073 Government's motion to withdraw motion to schedule an ancillary hearing. (Attachment.) Referred to Judge DeMent. **MOTION GRANTED 6/30/95.** (Copies furn. to USA, PO; mailed to counsel.) | | | | |
| 7-7-95 | 1074 **ORDER** setting a **status conference on 7/25/95 @ 2:00 in the 4th floor courtroom,** U.S. Courthouse, Montgomery, Alabama; defendants are not to be present. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS, Ridge, Marie). | | | | |
| 7-18-95 | CJA-24 voucher approved for payment in the amount of $168.00 by Hon. Ira De Ment. Re: James Dickens | | | | |
| 7-20-95 | 1078 Government's **motion** for a second final order of forfeiture. (Attachment) Referred to Judge DeMent. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MOORE, JAMES a/k/a
Buster

93-00310-14

AO 256A ●

| Yr. | Docket No. | Def. |

*/ 6*

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|---|---|---|---|
| | —(Document No.) — | (a) | (b) | (c) | (d) |
| 7-21-95 | 1080  SECOND FINAL ORDER OF FORFEITURE, that the right, title and interest in the listed property, as further set out in judgment, is condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; directing the Clerk to send copies of the order to all counsel of record and the United States Marshal.  (Copies furn. to USA, PTSO; mailed to counsel.)  EOD 7/21/95 | | | | |
| 7-25-95 | Status conference held. | | | | |
| 8-16-95 | 1083  ORDER to allow defendants and the U. S. an opportunity to respond to the evidence and facts revealed at the 2/16/95 hearing, the Court sets the following briefing schedule which applies to all defendants, except Juanita Hart:  (1) that defendants are DIRECTED to file a response on or before 9/8/95; (2) that the U. S. is DIRECTED to file a response on or before 10/11/95; (3) that defendants may file a reply brief on or before 10/25/95; failure to file said briefs shall be deemed a waiver of any matter arising from the 2/16/95 hearing; that each defendant is DIRECTED to correspond with the court only through his or her attorney and not directly with the court.  (Copy mailed to all counsel for defendants; furnished to:  USA, USM, USPO, USPTS).  (Copy to Ridge Lent). | | | | |
| 9-8-95 | 1087  Joint submission and supplemental brief of defendants Claudell Smiley, Francis Williams, James Moore, Jody Moore and William Thrash in support of motions for new trial.  Referred to Judge DeMent. | | | | |
| 10-11-95 | 1097  Government's motion for extension of time to file brief.  Referred to Judge DeMent.  MOTION DENIED 10/13/95.  (Copies to USA; mailed to counsel.) | | | | |
| 11-16-95 | 1099  Government's memorandum of law and consolidated response to motions for new trial; motions for relief under 18 U.S.C. Section 2255; and requests for additional and appropriate relief.  Referred to Judge DeMent. | | | | |
| 1/9/96 | 1106  Marshal's Return of service of First Final Order of Forfeiture in re: one 1987 Pontiac Firebird VIN 1G2FW2189HL226867 on 1/5/96. | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

| DATE | PROCEEDINGS (continued) *17* | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

| DATE | | PROCEEDINGS (continued) |
|------|------|------|
| 9-4-96 | 1114 | **Memorandum Opinion and ORDER** that defendant's motion for new trial and/or additional relief be and the same are hereby DENIED. EOD: 9/5/96 (Copies mailed to all counsel; furnished to: USA, USM, USPO, USPTS; copy placed in Order Book; copy to Ridge & appeals clerk. |
| 9-18-96 | | Received request form USCA, Eleventh Circuit for COR. |
| 10-17-96 | | Certificate of Readiness of Record on Appeal mailed to USCA, Eleventh Circuit & Counsel. |
| 1-12-98 | 1286 | Government's **motion** for an Amended Second Final Order of Forfeiture. Referred to Judge DeMent. |
| 1-14-98 | 1288 | **AMENDED SECOND FINAL ORDER OF FORFEITURE** (by Judge Ira DeMent) that the right, title and interest in the property described in this Order is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; that the mobile homes being forfeited include but are not limited to fifteen(15) that are more fully described and set out in this Order; that the Clerk is hereby DIRECTED to send copies of this Order to all counsel of record and to the United States Marshal. EOD: 1/14/98. (Copy of Order mailed to all counsel of record; furnished to: USA, USM, USPO, USPTS; Order Book; Ridge Lent). |
| 2-26-98 | | Received request from USCA, 11th Cir. for ROA. |
| 3-2-98 | | Entire Record on Appeal ( 6 volumes pleadings, 40 volumes transcripts, 5 envelopes exhibits, 1 SEALED PSI & 4 SEALED Others) picked up by UPS for delivery to USCA, 11th Cir. at request of Irene Lumley. |
| 12-16-98 | 1342 | CJA 20 **ORDER** entered for payment of voucher #0707669 in the amount of $494.00 to Attorney Lucie U. McLemore. Submitted for payment. |

| DATE | (Document No.) | PROCEEDINGS (continued) *18* | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| 7/12/99 | | Received copy of order 94-7047 from the United States Court of Appeals, Eleventh Circuit that On Petition for rehearing and petition for rehearing en banc. PER CURIAM: The petition for rehearing are DENIED and no member of this panel nor other Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc the petition for rehearing en banc are DENIED. | | | | |
| 7/12/99 | | Received copy of order 94-7047 from the United States Court of Appeals, Eleventh Circuit, PER CURIAM: The petition for rehearing fild by appellants, Jody Moore, William D. Thrash, and James "Buster" Moore, are DENIED. | | | | |
| 7/12/99 | | Received copy of order 94-7047 from the United States Court of Appeals, Eleventh Circuit, PER CURIAM: The petition for rehearing filed by appellants Francis Williams, Arlutha W. Smiley and Rosa Mae Williams are DENIED. (Footnote 2 in the original opinion, however, is stricken altogether and this language is put in its place as the new footnote 2: The evidence is detailed in Section III, addressing appellants' claims about multiple conspiracies, and in Section VI, where appellants' sentencing claims are addressed. | | | | |
| 7/23/99 | | Received per curiam opinion from USCA, Eleventh Circuit. | | | | |
| 7/23/99 | 1356 | Received certified order from USCA, Eleventh Circuit that UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the judgments of convictions of the said District Court and the sentences imposed in these causes be and the same are hereby AFFIRMED. Issued as Mandate on 7/22/99. Before Edmondson and Birch, Circuit Judges, and Moran, Senior District Judge. | | | | |
| 7-21-00 | 1390 | Defendant's motion to supplement petitioner's 28 USC §2255. Referred to Mag. Judge Carroll/Anderson. GRANTED | | | | |
| 7-21-00 | 1391 | Defendant's motion to vacate, set aside or correct sentence by a person in federal custody pursuant to 28 USC §2255. Referred to Mag. Judge Carroll/Anderson. | | | | |
| 7-21-00 | 1392 | Defendant's memorandum of law in support of motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 USC §2255. Referred to Mag. Judge Carroll/Anderson | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | —(Document No.) — $19$ | (a) | (b) | (c) | (d) |
| 7-21-00 | 1393  3 Volumes of exhibits in support of §2255 and which also applies to the §2255 motions of defendants Jody Moore and J.W. Moore. Referred to Mag. Judge Carroll/Anderson. | | | | |
| 7-25-00 | 1394  Defendant's motion to substitute the **corrected** motions to supplement (#1390) and Motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 USA §2255 (#1391). Referred to Mag. Judge Carroll/Anderson. GRANTED | | | | |
| 7-31-00 | 1398  Magistrate Judge Carroll's **ORDER** directing the U.S. Attorney to file an answer to the section 2255 motion within 20 days from the date of this order and attach an affidavit from the defendant's attorney which addresses those claims of ineffective assistance of counsel now before this court. (Copies furnished to USA; mailed to counsel.) | | | | |
| 7-31-00 | 1399  Magistrate Judge Carroll's ORDER granting defendant's motion to supplement § 2255 motion. Copies furn. to USA; mailed to counsel. | | | | |
| 7-31-00 | 1400  Magistrate Judge Carroll's ORDER granting defendant's motion to substitute corrected motions to supplement. (Copies furn. to USA; mailed to counsel. | | | | |
| 8-22-00 | 1404  Government's motion for 20 day extension of time to file response to §2255. referred to Mag. Judge Carroll. **MOTION GRANTED** to and including 9/12/00. 8/29/00 (Copies furn. to USA; mailed to Susan James.) | | | | |
| 9-11-00 | 1405  Government's motion for extension of time until 9/18/00 to file response. Referred to Mag. Judge Carroll. **MOTION GRANTED** 9/13/00. (Copies furn. to USA; mailed to counsel.) | | | | |
| 9-20-00 | 1406  Government's motion for extension of time until 9/29/00 to file response. Referred to Mag. Judge Carroll. **MOTION GRANTED** 9/22/00 (Copies furn. to USA; mailed to counsel.) | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

MOORE, JAMES a/k/a
"Buster"

93-00310-014

Yr. | Docket No. | Def.

AO 256A ●

| DATE | | PROCEEDINGS (continued) 20 | V. EXCLUDABLE DELAY | | | |
|------|--|-----------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 10-2-00 | 1407 | Government's response to motion to vacate, set aside or correct sentence by a person in Federal Custody pursuant to 28 USC § 2255. (Affidavit of Attorney Habib Yazdi and Jeffery C. Duffey attached.) Eleventh CCA decision; appellant briefs of James "Buster" Moore; J. W. Moore; Jody Moore and Appellee Brief submitted in support of response and are contained in separate envelope. (Referred to Mag. Judge Carroll/Anderson.) | | | | |
| 10-16-00 | 1409 | Mag. Judge Carroll's **ORDER** directing that deft may file a reply to govt's responses on or before 11-3-00. (Copies mailed to deft; furn to usa.) | | | | |
| 10-20-00 | 1413 | Government's motion to supplement it's response to §2255 motion (Affidavit of Allen R. Stoner attached.) Referred to Mag. Judge Carroll/Anderson. **MOTION GRANTED 10/24/00.** (Copies furn. to USA, PO, mailed to counsel.) | | | | |
| 11-2-00 | 1415 | Defendant's unopposed motion for extension of time until 11/8/00 to file response. Referred to Mag. Judge Carroll/Anderson. **MOTION GRANTED to 11/8/00.** (Copies furn. to USA; mailed to Susan James.) | | | | |
| 11-8-00 | 1419 | Defendant's second motion for extension of time to 11/22/00 to file response. Referred to Mag. Judge Carroll/Anderson. **MOTION GRANTED 11/14/00** (Copies furn. to USA; mailed to Susan James.) | | | | |
| 11-22-00 | 1420 | Defendant's respons to the govenrment's response to their Title 28 §2255. D Referred to Mag. Judge Carroll/Anderson | | | | |
| 11-22-00 | 1421 | Defendant's motion for leave to file joint response. Referred to Mag. Judge Carroll/Anderson. **MOTION GRANTED 12/5/00.** Copies to USA; counsel | | | | |
| 11-22-00 | 1422 | Defendants' second motion to supplement petitioner's 28 YSC §2255. Referred to Mag. Judge Carroll/Anderson. **MOTION GRANTED 12/5/00.** Copies to USA; counsel | | | | |
| 11-22-00 | 1423 | Defendant's second supplement to petitioners' 28 USC §2255. (Attachments.) Referrred to Mag. Judge Carroll/Anderson. | | | | |
| 11-22-00 | 1424 | Defendant's third motion for leave to supplement to petitioners' 28 USC §2255. Referred to Mag. Judge Carroll/Anderson. MOTION GRANTED 12/5/00. Copies to USA; counsel | | | | |

Interval | Start Date | Ltr. | Total
(per Section II) | End Date |

| DATE | PROCEEDINGS (continued) 21 | V. EXCLUDABLE DEL | | |
|------|----------------------------|---------|---------|------|
| | (Document No.) | (a) | (b) | (c) |
| 11-22-00 | 1425 Defendants' third supplement to petitioners' 28 USC §2255. Referred to Mag. Judge Carroll/Anderson. | | | |
| 11-22-00 | 1426 Defedants' supplement to petitioners' 28 USC §2255. (Actachment) Referred to Mag. Judge Carroll/Anderson. | | | |
| 12-4-00 | 1432 Magistrate Judge Carroll's ORDERthat the U.S. Attorney file a n answer within 20 days to the assertions contained in the defendants' supplements. (Copies furn. to USA; mailed to Susan James.) | | | |
| 12-29-00 | 1436 Government's Response to supplement to peittioner's 28 U.S.C. § 2255. Referred to Mag. Judge Carroll/Anderson. | | | |
| 12-29-00 | 1437 Government's response to second supplement to petitoner's 28 U.S.C. § 2255. Referred to Mag. Judge Carroll/Anderson. | | | |
| 12-29-00 | 1438 Government's response to third supplement to petitioner's 28 U.S.C. § 2255. Referred to Mag. Judge Carroll/Anderson. | | | |
| 1-19-01 | 1441 Defendants' response to the Govenment's response to their first, second, and third supplements to their Title 28 USC §2255. Referred to Mag. Judge Carroll/Anderson. | | | |
| 1-26-01 | 1442 Magistrate Judge Carroll's ORDER setting a scheduling conference for 2/8/01 at 9:00 a.m. in chambers. (Copies furn. to usa, mailed to counsel.) | | | |
| **9-14-01** | **Case reassigned to Mag. Judge Boyd.** | | | |
| 4-10-02 | 1489 Defendant's motion to set evidentiary hearing. Referred to Mag. Judge Boyd. | | | |
| 4/29/02 | 1497 Magistrate Judge Boyd's **ORDER** denying deft's Motion for Evidentiary hearing. (Copies mailed to: Counsel, Deft; Copies Furn. to: USA | | | |
| 5-13-02 | 1500 Magistrate Judge Boyd's RECOMMENDATION that defendant's §2255 motion be denied; and ORDER directing objections to be filed within 13 days from the date of mailing of the Recommendation. (Copies furnished to USA; mailed to Susan James.) | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

T
C

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

)  MOORE, JAMES  a/k/a "BUSTER"

AO 256A ●

CR-93-310-14

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued)  *22* | V. EXCLUDABLE DELAY |
|------|-------------|---------------------|
| | | (a) | (b) | (c) | (d) |

—(Document No.)—

| 5/22/02 | 150**5** Defendant's Objection to Magistrate's Report and Recommendation and Supplemental Issue for District Court's Review. Referred to Mag. Judge Boyd. |

| 8/9/02 | 1510 Magistrate Judge Boyd's **ORDER** that the contrues the Objections to the Magistrate' Judge's Report and Recommendation filed by the defts on 5/22/02 as containing a motion to amend; that upon consideration of the Motion to Amend, the motion is hereby GRANTED. (Copies mailed to Deft;Counsel, Furn. to: USA, RL ) |

| 8/9/02 | 1511 Magistrate Judge Boyd's Supplemental Recommendation that the 2255 motion filed by the defendant be denies as the claims presented therein entitle the defendant to no relief as set forth in the court's previous Recommendation of 5/13/02; **ORDER** directing the parties to file any objections within a period of 13 days from the date of mailing to them. (Copies mailed to: Deft, COunsel, COpies furn. to: USA, RL)  **WITHDRAW 10/30/02** |

| 8-22-02 | 1518 Defendants' Supplemental Objections to Magistrate's supplemental Report of 8/9/02. Referred to Mag. Judge Boyd. |

| **10-30-02** | **1525 Magistrate Judge Boyd's** ORDER WITHDRAWING the Supplemental Recommendation entered on 8/9/02 (Doc. 1511). Copies furnished to USA; mailed to counsel. EOD 10/30/02 |

| 10-30-02 | 1526 Magistrate Judge Boyd's Supplemental Recommendation that defendants' 2255 motion be denied as the claims presented therein entitle the defendants to no relief as more fully set forth in the court's Recommendation filed 5/13/02. Objections due 11/12/02. (Copies furnished to USA; mailed to counsel.) ED 10/30/02 |

| 11/12/02 | 1527 Deft's OBJECTION to the Magistrate's Supplemental Report and Recommendation filed on 10/30/02 referred to Mag. Judge Boyd. |

MOORE, JAMES a/k/a "Buster"

| DATE | | PROCEEDINGS (continued)      :23 | V. EXCLUDABLE |
|------|--|----------------------------------|---------------|
| | (Document No.) | | (a) | (b) |

| DATE | Doc. No. | PROCEEDINGS (continued) |
|------|----------|--------------------------|
| 7-2-03 | 1529 | ORDER 1.) Overruling defendants objections filed 11/12/02; 2.) adopting the 5/13/02 Recommendation of the Magistrate Judge and the Supplemental recommendation of the Mag. Judge entered 10/30/02; 3.) Denying defendants 28 U.S.C. § 2255 motion. (Copies furnished to USA, PO, CIVIL CLERK; mailed to counsel.  EOD 7/2/03 |
| 7-2-03 | 1530 | FINAL JUDGMENT entered in favor of the government and against the defendants and that this action is dismissed with prejudice.  (Copies furnished to USA, PO, CIVIL CLERK; mailed to counsel.  EOD 7/2/03 |
| 7/29/03 | 1533 | DEFENDANTS Joint Petition Requesting COA.  Referred to Judge Thompson |
| 7/29/03 | 1534 | DEFENDANTS Joint Memorandum of Law in Support of Petition for COA.  Referred to Judge Thompson |
| 7/29/03 | 1533 | Joint Notice of Appeal to USCA, Eleventh Circuit. Copies Provided |
| 7/29/03 | | Notice of Appeal and certified copies  mailed to USCA. |
| 10/29/03 | 1535 | ORDER Denying Joint Motion for COA. Copies Provided |
| 10/29/03 | 1536 | ORDER Denying Joint Motion fo r IFP. Copies Provided |
| 11/7/03 | | USCA Case No. 03-15633-F. |
| 12/11/03 | | USCA APPEAL FEES received from Susan James for James Moore $105.00 Receipt# 100253 |
| 12/11/03 | | Request for Original Papers from USCA re:   [1533] appeal by James Moore |
| 1/22/04 | | Certified and transmitted Original Papers to U.S. Court of Appeals: [1533], appeal by James Moore |
| 3/1/04 | 1539 | Received USCA Order Granting appellants a motion for COA. |
| 4/15/04 | 1540 | ENTRY OF DISMISSAL OF APPEAL (rendered April 14, 2004, is issued in lieu of the mandate) of the U.S. Court of Appeal, Eleventh Circuit Re: pursuant to dismissing 1533-Appeal, terminated, for want of prosecution because the appellant failed to file the appellant's brief and record excerpts the time fixed by the rules, effective this 14th day of FOR THE COURT - BY DIRECTION |
| 5/10/04 | 1545 | USCA ORDER that Appellant's Motion to Reinstate Appeal is BEFORE:  ANDERSON AND WILSON, Circuit Judges.  BY THE C |
| | | Certificate of Readiness to USCA re: [1533] Notice of App 03-15633-F. |
| | | Request for ROA from USCA re: 03-15633-F, [1533] Notice of Certified and transmitted ROA to U.S. Court of Appeals: |

Interval
(per Section II)

Start Date
End Date

Ltr.
Cod