AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

MIDDLE DISTRICT OF ALABAMA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES MOORE | ) | Case No: 2:93cr310-014-ID |
|  | ) | USM No: 03308-017 |
| Date of Previous Judgment: October 28, 1994 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___292___ months **is reduced to** ___235 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___40___        Amended Offense Level: ___38___
Criminal History Category: ___I___       Criminal History Category: ___I___
Previous Guideline Range: _292_ to _365_ months   Amended Guideline Range: _235_ to _293_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated ___10/28/94___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  July 8, 2009

Judge's signature

IRA DE MENT
SENIOR UNITED STATES DISTRICT JUDGE
Printed name and title

Effective Date: July 22, 2009
(if different from order date)