| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:93cr310-ID-14 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | | 3:11CR61-001/RV |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Alabama | Northern |
| JAMES MOORE | NAME OF SENTENCING JUDGE | |
| | Honorable Ira DeMent | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | July 11, 2011 | July 10, 2016 |

OFFENSE:
Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base-----21 USC § 846

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____MIDDLE_____ DISTRICT OF _____ALABAMA_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_August 17, 2011_          _[signature]_
Date                                  Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____NORTHERN_____ DISTRICT OF _____FLORIDA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/29/11_          _[signature]_
Effective Date                 United States District Judge